UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORTHBOROUGH CAPITAL
PARTNERS,
    Plaintiff,

v.                                              C.A. No. 09-32 S

PHILIP D. RAHAIM,
    Defendant.

## ORDER

The Report and Recommendation of United States Magistrate
Judge David L. Martin filed on September 28, 2009, in the above-
captioned matter is hereby accepted pursuant to Title 28 United
States Code § 636(b)(1).  No objection having been filed to the
Report & Recommendation, Plaintiff's Application for Entry of
Default Judgment as to Defendant Philip D. Rahaim is granted in
part and denied in part as set forth in the Magistrate Judge's
Report and Recommendation (document #9).


                                        By Order,


                                        _____
                                        Deputy Clerk

ENTER:


_____
William E. Smith
United States District Judge
Date: 10/21/09